# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# MEMPHIS DIVISION

| | |
|---|---|
| **FELECIA ALLEN,** | Civil Case No.: 2:18-cv-02292-SHM-cgc |
| Plaintiff, | Hon. Samuel H. Mays, Jr.: Judge |
| v. | **Jury Demand** |
| **OCWEN LOAN SERVICING, LLC,** | |
| Defendant. | |

## NOTICE OF SETTLEMENT

Plaintiff Felecia Allen, by and through the undersigned counsel, hereby notifies the Court that the parties have reached settlement with regard to this case and are presently drafting and finalizing the settlement agreement and general release. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

**Dated:**  August 29, 2019

                                                Respectfully submitted,

                                              /s/  T. Blaine Dixon
                                              T. Blaine Dixon (TN BPR #026270)
                                              **U.S. Consumer Law, PLLC**
                                              664 Sango Road
                                              Clarksville, Tennessee 37043
                                              Telephone: 615.440.3746
                                              blaine@usconsumerlaw.com

                                              *Counsel for Plaintiff*

## CERTIFICATE OF CM/ECF SERVICE

The undersigned attorney hereby certify that on this 29th day of August, 2019, the foregoing **Notice of Settlement** was filed via the CM/ECF system for the Western District of Tennessee, which electronically sent notice to all registered counsel of record.

/s/  T. Blaine Dixon
T. Blaine Dixon (TN BPR #026270)
**U.S. Consumer Law, PLLC**
664 Sango Road
Clarksville, Tennessee 37043
Telephone: 615.440.3746
blaine@usconsumerlaw.com

*Counsel for Plaintiff*