```
                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF TENNESSEE
                          WESTERN DIVISION
```

**FELICIA ALLEN,**

      **Plaintiff,**

V.                                                          **Civil No. 18-2292-SHM**

**OCWEN LOAN SERVICING,**

      **Defendant.**

# JUDGMENT

      Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice in accordance with the Order of Dismissal, docketed October 15, 2019.  Each party to bear its own attorney fees, costs and expenses.

# APPROVED:

  *s/  Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

| *October 15, 2019* | THOMAS M. GOULD |
|---|---|
| DATE | CLERK |
|  | *s/  Jairo Mendez* |
|  | (By) DEPUTY CLERK |